941 A.2d 686

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Rasheen ALLEN, Petitioner.**

**No. 158 EM 2007.**

Supreme Court of Pennsylvania.

Feb. 4, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of February, 2008, the Motion for Exten[s]ion of Time to File Allowance of Appeal and the Application for Appointment of Counsel are granted. The Philadelphia County Common Pleas Court is directed to appoint counsel to represent Rasheen Allen. Appointed counsel is directed to file a petition for allowance of appeal within 60 days of the date of the common pleas court's order appointing counsel.